UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL-JOHN FREDERICK MAIER,<br><br>    Plaintiff,<br><br>    v.<br><br>MARYSVILLE POLICE DEPARTMENT, *et al.*,<br><br>    Defendants. | CASE NO. C19-1985-JLR-MLP<br><br>REPORT AND RECOMMENDATION |

This is a civil rights action brought under 42 U.S.C. § 1983. Plaintiff submitted his complaint to this Court for filing on December 4, 2019, together with an application to proceed with this action *in forma pauperis*. (*See* Dkt. # 1.) Plaintiff was at that time confined at the Snohomish County Jail in Everett, Washington. (*See* Dkt. # 1-1 at 10.) Plaintiff alleged in his complaint that unnamed officers of the Marysville Police Department assaulted him while effectuating his arrest. (*See* Dkt. # 8 at 4-5.) Plaintiff also alleged that, following his arrest, he was "set up" by the Marysville Police Department. (*Id*. at 6.) Plaintiff claimed he was searched multiple times following his arrest and officers found nothing until they picked up Plaintiff's clothing from a common area, which was out of Plaintiff's reach, and found methamphetamine. (*Id*.)

REPORT AND RECOMMENDATION - 1

On February 6, 2020, the Court issued an Order granting Plaintiff's application for leave to proceed *in forma pauperis* and an Order declining to serve Plaintiff's complaint and granting him leave to amend. (Dkt. ## 7, 9.) Copies of those Orders were mailed to Plaintiff at his address of record, the Snohomish County Jail, but were returned to the Court on February 12, 2020 with a notation indicating that Plaintiff had been released from custody. (Dkt. # 10.) To date, Plaintiff has not provided the Court with an updated address.

Because over sixty days have passed since mail directed to Plaintiff at his address of record was returned by the post office, and because Plaintiff has not notified the Court of his current address, this action should be dismissed, without prejudice, for failure to prosecute pursuant to LCR 41(b)(2). A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **June 5, 2020**.

DATED this 13th day of May, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2